IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD M. CLARK, #306 258, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:20-CV-671-WKW |
| | ) [WO] |
| WARDEN BUTLER, *et al.*, | ) |
| Defendants. | ) |

## **ORDER**

On March 29, 2021, the Magistrate Judge filed a Recommendation to which no timely objection has been filed. There being no objection filed to the Recommendation, and after an independent review of the record, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 32) is ADOPTED.

2. Plaintiff's Motion for Preliminary Injunction (Doc. # 2) is DENIED as moot.

3. Plaintiff's Motion for Preliminary Injunction (Doc. # 7) is DENIED.

This case is referred to the United States Magistrate Judge for further proceedings.

DONE this 30th day of April, 2021.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE