IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICHARD M. CLARK, #306 258, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>COMMISSIONER JEFFERSON S. )<br>DUNN; SHERRY PRICE, assistant )<br>prison commissioner; CELESTE )<br>HUNTER, RN program )<br>administrator; and WEXFORD )<br>HEALTH SOURCES, INC., )<br>)<br>Defendants. ) | CASE NO. 2:20-CV-671-WKW<br>[WO] |

## **ORDER**

On August 12, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 35.) Upon an independent review of the record, it is ORDERED as follows:

(1)  The Recommendation (Doc. # 35) is ADOPTED; and

(2)  This action is DISMISSED without prejudice.

An appropriate final judgment will be entered separately.

DONE this 3rd day of September, 2021.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE